UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                              Case No.   6:25-cv-1989-RBD-NWH

IOA PROPERTIES LLC; and
IAN SCOTT FOODS LLC,

    Defendants.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on December 16, 2025 (Doc. 16), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 22, 2025.

ROY B. DALTON, JR.
United States District Judge